IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 - 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-CV-02045 BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

GEORGE MERCIER, and
MARISA C. MERCIER,

Petitioners,

v.

THE FEDERAL BUREAU OF INVESTIGATION,

Respondent.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PETITIONER TO CURE DEFICIENCY

Petitioner George Mercier has submitted an "Application to Proceed Without Prepayment of Fees and Affidavit" and a document titled "Edtraordinary [sic] Petition." Although Mr. Mercier also lists Marisa C. Mercier, his minor daughter, as a Petitioner in the caption of the documents, Mr. Mercier may not pursue any claims on behalf of his minor daughter. Pursuant to Fed. R. Civ. P. 17(b) and Colo. Rev. Stat. § 13-22-101(1)(c), minor children lack capacity to sue without a guardian *ad litem* or someone acting in their behalf. Furthermore, minor children "cannot bring suit through a parent acting as next friend if the parent is not represented by an attorney." *See Meeker v. Kercher*, 782 F.2d 153, 154 (10th Cir. 1986) (per curiam). Mr. Mercier is advised to retain counsel if he wishes to pursue any claims on behalf of his minor daughter.

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Mr. Mercier will be directed to cure the following if he wishes to pursue his claims. Any papers that Mr. Mercier files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) xx  is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other:

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) xx  is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Mr. Mercier cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers that Mr. Mercier files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Mercier, together with a copy of this order, two copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that, if Mr. Mercier fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 28th day of September, 2007.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **07 - CV - 02045**

George Mercier
Marisa C. Mercier
PO Box 46711
Las Vegs, NV 89114

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint** to the above-named individuals on _10-1-07_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk